CATHARINE U. KABATT, Appellant, *v.* THE BOARD OF EDUCATION OF THE CITY OF ELMIRA, Respondent.

(Submitted July 8, 1936; decided October 6, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 271 N. Y. 629.)

CARMELA ROMANO, Respondent, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

(Submitted July 8, 1936; decided October 6, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 271 N. Y. 288.)

DORA KAUFMAN, Appellant, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Respondent.

(Submitted September 28, 1936; decided October 6, 1936.)

*Harry A. Gottlieb* for motion.

*Dean Potter* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on ground that the order is not a final order.